GAC - 8904

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOINT WELFARE FUND OF EMPLOYERS AND LOCAL 478 I.B. OF T. <br><br> and <br><br> TRUSTEES OF JOINT WELFARE FUND OF EMPLOYERS AND LOCAL 478 I.B. OF T., <br><br> Petitioners, <br><br> v. <br><br> GRAMMER, DEMPSEY & HUDSON, INC., <br><br> Respondent. | HON. <br><br> Civil Action No. 07-4995 SRC <br><br><br> **JUDGMENT** |

This action came on for hearing before the Court, and the Court having considered the matter, including oral argument, if any, and a decision having been duly rendered,

***IT IS*** on this 29 day of Nov 20 ,

***ORDERED AND ADJUDGED*** that Petitioners recover of the Respondent, Grammer, Dempsey & Hudson, Inc., the sum of $34,114.80.

_____  Judge, United States District Court